UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANONE NORTH AMERICA PUBLIC BENEFIT CORPORATION, <br><br> Defendant. | CASE NO. C24-630 MJP <br><br> ORDER EXTENDING ANSWER DEADLINE |

Having reviewed the Parties' stipulation (Dkt. No. 5), the Court finds good cause to extend the answer deadline and hereby ORDERS Defendant's to answer or otherwise respond to Plaintiff's complaint by no later than July 3, 2024.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 4, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER EXTENDING ANSWER DEADLINE - 1