UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANONE NORTH AMERICA PUBLIC BENEFIT CORPORATION, <br><br> Defendant. | CASE NO. C24-630 MJP <br><br> ORDER GRANTING EXTENSION FOR ANSWER |

This matter comes before the Court on the Parties' Joint Stipulation. (Dkt. No. 11.) Through the Stipulation, the Parties request the Court extend the answer deadline from July 3, 2024 to August 9, 2024 in light of various developments affecting the early resolution of this matter. Given the representations in the Stipulation, the Court finds good cause and EXTENDS the answer deadline to August 9, 2024.

\\

\\

ORDER GRANTING EXTENSION FOR ANSWER - 1

1      The clerk is ordered to provide copies of this order to all counsel.

2      Dated July 1, 2024.

3

4                                                      Marsha J. Pechman
                                                       United States Senior District Judge

ORDER GRANTING EXTENSION FOR ANSWER - 2