THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANONE NORTH AMERICA PUBLIC BENEFIT CORPORATION, a Delaware corporation, <br><br> Defendant. | NO.   2:24-cv-00630-MJP <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff, and Gregory J. Hessinger and Brian M. Ragen, attorneys for Defendant, Danone North America Public Benefit Corporation, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorney's fees and costs. This Stipulation and Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorney's fees for the time period encompassed by this action, January 2024 through May 2024, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2:24-cv-00630-MJP
Page 1 of 3

REID, BALLEW, LEAHY & HOLLAND, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than January 2024 through May 2024.

DATED this 16th day of August, 2024.

| REID, BALLEW, LEAHY & HOLLAND, L.L.P. | MITCHELL SILBERBERG & KNUPP LLP |
|---|---|
| Russell J. Reid, WSBA #2560<br>100 West Harrison Street, N. Tower #300<br>Seattle WA 98119<br>(206) 285-0464<br>Email: rjr@rmbllaw.com | Brian M. Ragen, CA SBN 275045<br>2049 Century Park East, 18th Floor<br>Los Angeles CA 90067-3120<br>(310) 312-2000<br>Email: byr@msk.com |
| Attorney for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorney's fees and costs of suit. This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys fees for the time period encompassed by this action, January 2024 through May 2024, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than January 2024 through May 2024.

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2:24-cv-00630-MJP
Page 2 of 3

REID, BALLEW, LEAHY & HOLLAND, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

ORDER ENTERED this **4** day of **Sept**, 2024.

_____
THE HONORABLE MARSHA J. PECHMAN

Submitted for Entry:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By: _____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2:24-cv-00630-MJP
Page 3 of 3

REID, BALLEW, LEAHY & HOLLAND, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925